# United States District Court
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 11 1998

JAMES R. LARSEN, CLERK
                        DEPUTY

UNITED STATES OF AMERICA

v.

**KIRBY KEITH KEHOE**

(Name & Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 98-0083A-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

On or about March 7, 1998, at Springdale, in the Eastern District of Washington, KIRBY KEITH KEHOE, did unlawfully possess an unregistered firearm, to wit, a short-barrelled and automatic SGW .223 caliber rifle, serial number T6461, which firearm had not been registered in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code, in violation of 26 U.S.C. 5861(d) and 5871.

I further state that I am a Special Agent and that this complaint is based on the following facts:

Continued on the attached sheet incorporated herein by this reference.   ☒ Yes   ☐ No

Signature of Complainant   Michael Sprenger
                           Special Agent, ATF

Sworn to before me, and subscribed in my presence

March 11, 1998                                at   Spokane, Washington
Date                                               City and State

CYNTHIA IMBROGNO
United States Magistrate Judge
Name and Title of Judicial Officer                 Signature of Judicial Officer

P80311lcEHk